IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUCHE MARINO

v.

NCO FINANCIAL SYSTEMS, INC.

NO. 11-7091

FILED
JAN 13 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE RUFE, J.

AND NOW, to wit, this 13th day of January, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol* (signature)
Richard Sabol, Deputy Clerk

judg